1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 JOHN DEWITT,                         No. CIV-S-04-0368 MCE/GGH
12          Plaintiff,
13     v.                              **ORDER TO SHOW CAUSE**
14 GERALD CURRO,
15          Defendant.
                                  /
16
17     Pursuant to court order, plaintiff's counsel was ordered to
18 file dispositional documents on or before April 15, 2005. Those
19 documents were not filed as ordered.
20     Accordingly, the court hereby makes the following ORDERS:
21     1.   The matter is set for an Order to Show Cause on June
22 27, 2005 at 9:00 a.m.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

2.  Plaintiff's counsel shall FILE a statement of the amount that he will charge his client for his attendance at the June 27, 2005 hearing within ten (10) days of the date of this order.

IT IS SO ORDERED.

DATED: June 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE