1  **Stephen A. Munkelt SBN 80449**
   LAW OFFICE OF STEPHEN A. MUNKELT
2  206 Providence Mine Rd. Ste. 218
   Nevada City, CA. 95959
3  Tel: 530-265-8508
   Fax: 530-265-0881

4

5  Attorneys for John DeWitt

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 John DeWitt,                          CASE NO. CIV.S-04-0368 MCE DAD

12            Plaintiff,

13 v.                                     **STIPULATION AND ORDER FOR DISMISSAL**

14 Gerald Curro, DOES 1-10

15            Defendant.
   _____/

16

17        **IT IS HEREBY  STIPULATED** by and between Plaintiff JOHN DEWITT and his counsel of

18 record, and Defendant GERALD CURRO, and his counsel,  that a Dismissal with Prejudice   may be

19 entered in the above entitled action.   The Order to Show Cause hearing set for June 27, 2005 is vacated.

20 Dated:                                Dated:

21 /s/_____          _/s/_____

22 STEPHEN A. MUNKELT                    DOUGLAS KROESCH
   Attorney for Plaintiff                Attorney for Defendant

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                                                                    1

Dated :

/s/

CRAIG DIAMOND
Attorney for Defendant

**IT IS SO ORDERED.**

DATE:    June 22, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2